UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMSLER ADVISORS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GVA PROPERTY MANAGEMENT; ALBERT REUBEN CAPITAL, LLC; and COREY DEAN,<br><br>*Defendants*. | Docket No.: 1:25-cv-10778<br><br>**<u>NOTICE OF REMOVAL</u>**<br><br>Removed from:<br><br>Supreme Court of the State of New York, New York County, Index No. 659960/2025 |

**TO:** Clerk of the U.S. District Court for the Southern District of New York:

**PLEASE TAKE NOTICE THAT** Defendants ALBERT REUBEN CAPITAL, LLC and COREY DEAN (collectively the "Defendants"), hereby remove to this Court the state court action described herein, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1447. Pursuant to 28 U.S.C. § 1446(d) and this Court's Local Rules, copies of this Notice of Removal are being served on all parties at the addresses listed in Plaintiff's state court complaint and are being filed in the Supreme Court of the State of New York, New York County.

1. Pursuant to Local Rule 81.1 of the Local Civil Rules, the addresses of the named individual parties is as follows:

    *a.* The Defendant, COREY DEAN, has an address of 504 Estate Oak Circle, Fort Lauderdale, FL 33312. The Defendant COREY DEAN is a citizen of and domiciled in the state of Florida.

2. Pursuant to Local Rule 81.1 of the Local Civil Rules, the addresses of the named parties that are limited liability companies are as follows:

    *a.* Upon information and belief, the Defendant, GVA PROPERTY MANAGEMENT is a limited liability company having an address of 500 W. 2nd

Street, Suite 1900, Austin, TX 78701. Upon information and belief, the Defendant, GVA PROPERTY MANAGEMENT's sole member, Alan Stalcup, is domiciled in the state of Texas. Upon information and belief, the Defendant, GVA PROPERTY MANAGEMENT was formed in the state of Texas. The Defendant, GVA PROPERTY MANAGEMENT, was served on December 2, 2025;

b.  The Defendant, ALBERT REUBEN CAPITAL, LLC is a limited liability company having an address of 504 Estate Oak Circle, Fort Lauderdale, FL 33312. The Defendant, ALBERT REUBEN CAPITAL, LLC was formed in the state of Florida. The Defendant, ALBERT REUBEN CAPITAL, LLC's members are: (1) Dean Capital, LLC, a Florida limited liability whose sole member is Corey Dean, an individual domiciled in the state of Florida; and (2) Heller and Company, Inc., a corporation organized in with its principal place of business in the state of Florida; and

c.  Upon information and belief, the Plaintiff, AMSLER ADVISORS, LLC is a limited liability company having an address of c/o United States Corporation Agents, Inc., 7014 13th Avenue, Suite 202, Brooklyn, NY 11228. Upon information and belief, the Plaintiff, AMSLER ADVISORS, LLC's sole member, Shawn Amsler, is domiciled in the state of New York. The Plaintiff, AMSLER ADVISORS, LLC was formed in the state of New York.

**INTRODUCTION**

3.  On November 24, 2025, Plaintiff AMSLER ADVISORS, LLC (the "Plaintiff") filed the Summons with Notice (the "Summons") in the Supreme Court of the State of New York, New York County, styled as *Amsler Advisors, LLC vs. GVA Property Management, Albert Reuben Capital, LLC, and Corey Dean*, Index No. 659960/2025 (the "State Court Action").

4. The State Court Action concerns two real estate development transactions referred to as the "Leste 5-Pack" and "Lantern" deals. Plaintiff raised a series of allegations against Defendants including breach of contract for failure to pay Plaintiff under an alleged fee-splitting agreement and fraudulent inducement. *See generally*, Plaintiff's Summons. Plaintiff further claims that as a result of the foregoing, the Defendants were unjustly enriched. *See generally*, Plaintiff's Summons.

5. Plaintiff seeks both monetary and punitive damages from Defendants in the amount of no less than $1,489,000.00. *See generally*, Plaintiff's Summons.

6. Other than the filing of the Summons and serving Defendant GVA PROPERTY MANAGEMENT, no further proceedings have occurred in the State Court Action. No other defendant has been served with the Summons at this time.

7. Plaintiff's allegations are denied, with the exception of those facts necessary for removal of this action on diversity of citizenship grounds, as discussed herein.

8. A completed civil cover sheet is attached hereto as **Exhibit 1**.

9. True and accurate copies of all process, pleadings and orders filed in the State Court Action are attached hereto as **Exhibit 2**.

## BASIS FOR REMOVAL

**I.   Removal is Proper Because This Court Has Subject Matter Jurisdiction Pursuant to 28 U.S.C. §§ 1332 and 1441(b).**

10. Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over this action because it is between citizens of different states, and the amount in controversy is greater than $75,000, exclusive of interest and costs.  Therefore, this action could have originally been filed in this Court and is now properly removed to this Court.

   ***a.   There is Complete Diversity of Citizenship Among the Parties.***

11. Plaintiff is a citizen of the State of New York, and the Defendants are citizens of

Florida and Texas.

12. Generally, "[a]n individual's citizenship, within the meaning of the diversity statute, is determined by his domicile[.]" *Van Buskirk v. United Grp. of Cos., Inc.*, 935 F.3d 49, 53 (2d Cir. 2019) (internal quotation marks omitted). To determine diversity jurisdiction, limited liability companies "take the citizenship of each of [their] members." *Bayerische Landesbank, N.Y. Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42 (2d Cir. 2012).

13. Here, upon information and belief, the Plaintiff is a New York LLC and its sole member is Shawn Amsler, who is domiciled in the state of New York. Thus, for purposes of diversity, Plaintiff is a citizen of New York.

14. Defendant, COREY DEAN, is an individual who lives and is domiciled in Florida. Thus, for purposes of diversity, COREY DEAN is a citizen of Florida. The Summons also confirms that COREY DEAN's address is in Florida.

15. Defendant ALBERT REUBEN CAPITAL, LLC is a Florida LLC and its members are: (1) Dean Capital, LLC, a Florida limited liability whose sole member is Corey Dean, an individual domiciled in the state of Florida; and (2) Heller and Company, Inc., a corporation organized in with its principal place of business in the state of Florida. Thus, for purposes of diversity, ALBERT REUBEN CAPITAL, LLC is a citizen of Florida. The Summons also confirms that ALBERT REUBEN CAPITAL, LLC's address is in Florida.

16. Upon information and belief, the Defendant GVA PROPERTY MANAGEMENT is a Texas LLC and its sole member is Alan Stalcup, who is domiciled in the state of Texas. Thus, for purposes of diversity, GVA PROPERTY MANAGEMENT is a citizen of Texas. The Summons also confirms that GVA PROPERTY MANAGEMENT's address is in Texas.

17. Hence, there is complete diversity between the Plaintiff and the Defendants in this case are citizens of different states, and this Court has subject matter jurisdiction under 28 U.S.C. § 1332.

      **b.**     ***The Amount in Controversy Requirement is Satisfied.***

18. Plaintiff is seeking damages in excess of $1,489,000.00. *See,* Summons at Paragraph 5.

19. To determine the amount in controversy, courts look first to the plaintiff's state court petition. The "party invoking the jurisdiction of the federal court has the burden of proving that it appears to a reasonable probability that the claim is in excess of the statutory jurisdictional amount." *Scherer v. The Equitable Life Assurance Soc'y of the United States*, 347 F.3d 394, 398 (2d Cir. 2003). There is a rebuttable presumption that the face of the complaint is a good-faith representation of the "actual amount in controversy," and "[t]o overcome the face-of-the-complaint presumption, the party opposing jurisdiction must show to a legal certainty that the amount recoverable does not meet the jurisdictional threshold." *Id*. (internal quotation marks and citations omitted).

20. The amount in controversy meets the jurisdictional requirements, as Plaintiff is seeking recovery of at least $1,489,000.00. *See,* Summons at Paragraph 5.

**II.**    **Defendants Have Satisfied the Procedural Requirements for Removal.**

21. Plaintiff filed the Summons in the Supreme Court of the State of New York, New York County on November 24, 2025. Defendant GVA PROPERTY MANAGEMENT was served on December 2, 2025. Accordingly, this Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b)(1) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based").

22. This action is being removed "to the district court of the United States for the district and division embracing the place where such action is pending," pursuant to 28 U.S.C. § 1441(a). The United States District Court for the Southern District of New York embraces New York County, New York. 28 U.S.C. § 112(b).

23. Additionally, Plaintiff is subject to personal jurisdiction in New York since it is a citizen of the State of New York.

24. No previous application has been made for the removal requested herein.

## Preservation of Rights and Defenses

25. All rights are reserved, including, but not limited to, defenses and objections as to venue and personal jurisdiction and the right to move for dismissal of the Complaint for (but not limited to), *e.g.*, failure to state a claim for relief and failure to sue the appropriate parties. The filing of this Notice of Removal is subject to, and without waiver of, any such defenses and objections.

26. Defendants also reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendants respectfully give notice that the above-captioned civil action pending in the Supreme Court of the State of New York, New York County is removed to this Court, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1447.

Dated: New York, New York
       December 30, 2025

**HASBANI & LIGHT P.C.**

*/s/ Shauna M. DeLuca*
Shauna M. DeLuca, Esq.
*Counsel for Defendants*
450 Seventh Avenue, Suite 1901
New York, New York 10123
Tel: (212) 643-6677
Email: sdeluca@hasbanilight.com