# Exhibit 1

JS 44C/SDNY
REV. 12/2025

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| AMSLER ADVISORS, LLC | GVA PROPERTY MANAGEMENT; ALBERT REUBEN CAPITAL, LLC; and COREY DEAN |

| ATTORNEYS (Firm Name, Address, And Telephone Number) | ATTORNEYS (If Known) |
|---|---|
| Sills Cummins & Gross, PC, 101 Park Avenue, 28th Floor, New York, NY 10178; (212) 643-7000 | Attorneys for ALBERT REUBEN CAPITAL, LLC; and COREY DEAN: Hasbani & Light PC, 450 Seventh A venue, Suite 1901, New York, NY 10123; (212) 643-6677 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 USC 1332 (breach of contract action)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [X] Yes ☐ _____
(If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

Is this an international arbitration case? Yes ☐ No [X]

## NATURE OF SUIT (PLACE AN [x] IN ONE BOX ONLY)

Click here for: Nature of Suit Code Descriptions.

### TORTS

| Contract | | Torts | | Torts | |
|---|---|---|---|---|---|
| | | **PERSONAL INJURY** | | **PERSONAL INJURY** | |
| ☐ 110 | Insurance | ☐ 310 | Airplane | ☐ 365 | Personal Injury Product Liability |
| ☐ 120 | Marine | ☐ 315 | Airplane Product Liability | | |
| ☐ 130 | Miller Act | | | ☐ 367 | Health Care/ Pharmaceutical |
| ☐ 140 | Negotiable Instrument | ☐ 320 | Assault, Libel & Slander | ☐ 368 | Asbestos Personal Injury Product |
| ☐ 150 | Recovery Of Overpayment & Enforcement Of Judgment | ☐ 330 | Federal Employers' Liability | | Liability |
| | | ☐ 340 | Marine | | **PERSONAL PROPERTY** |
| ☐ 151 | Medicare Act | ☐ 345 | Marine Product Liability | ☐ 370 | Other Fraud |
| ☐ 152 | Recovery Of Defaulted Student Loans (Excl Veterans) | ☐ 350 | Motor Vehicle | ☐ 371 | Truth In Lending |
| | | ☐ 355 | Motor Vehicle Product Liability | ☐ 380 | Other Personal Property Damage |
| ☐ 153 | Recovery Of Overpayment Of Veteran's Benefits | ☐ 360 | Other Personal Injury | ☐ 385 | Property Damage Product Liability |
| ☐ 160 | Stockholders Suits | ☐ 362 | Personal Injury - Medical Malpractice | | |
| ☐ 190 | Other Contract | | | | |
| ☐ 195 | Contract Product Liability | | | | |
| ☐ 196 | Franchise | | | | |

### ACTIONS UNDER STATUTES

| Forfeiture/Penalty | | Bankruptcy | | Other Statutes | |
|---|---|---|---|---|---|
| ☐ 625 | Drug Related Seizure Of Property 21 USC 881 | ☐ 422 | Appeal 28 USC 158 | ☐ 375 | False Claims Act |
| ☐ 690 | Other | ☐ 423 | Withdrawal 28 USC 157 | ☐ 376 | Qui Tam (31 USC 3729(a)) |
| | | | | ☐ 400 | State Reapportionment |
| **Labor** | | **Intellectual Property Rights** | | ☐ 410 | Antitrust |
| ☐ 710 | Fair Labor Standards Act | ☐ 820 | Copyrights | ☐ 430 | Banks & Banking |
| ☐ 720 | Labor/Management Relations | ☐ 830 | Patent | ☐ 450 | Commerce |
| | | ☐ 835 | Patent - Abbreviated New Drug Application (405(G)) | ☐ 460 | Deportation |
| ☐ 740 | Railway Labor Act | ☐ 840 | Trademark | ☐ 470 | Racketeer Influenced & Corrupt Organization Act (Rico) |
| ☐ 751 | Family and Medical Leave Act (FMLA) | ☐ 880 | Defend Trade Secrets Act of 2016 | | |
| ☐ 790 | Other Labor Litigation | | | ☐ 480 | Consumer Credit (15 USC 1681 or 1692) |
| ☐ 791 | Employee Retirement Income Security Act (ERISA) | | | ☐ 485 | Telephone Consumer Protection Act |
| | | | | ☐ 490 | Cable/Satellite TV |
| | | | | ☐ 850 | Securities/ Commodities/ Exchange |

| Real Property | | Civil Rights | | Prisoner Petitions | |
|---|---|---|---|---|---|
| ☐ 210 | Land Condemnation | ☐ 440 | Other Civil Rights (Non-Prisoner) | | **Habeas Corpus** |
| ☐ 220 | Foreclosure | | | ☐ 463 | Alien Detainee |
| ☐ 230 | Rent Lease & Ejectment | ☐ 441 | Voting | ☐ 510 | Motions To Vacate Sentence |
| | | ☐ 442 | Employment | ☐ 530 | General |
| ☐ 240 | Torts To Land | ☐ 443 | Housing/ Accommodations | ☐ 535 | Death Penalty |
| ☐ 245 | Tort Product Liability | ☐ 445 | Americans With Disabilities - Employment | | **Other** |
| ☐ 290 | All Other Real Property | | | ☐ 540 | Mandamus & Other |
| | | ☐ 446 | Americans With Disabilities - Other | ☐ 550 | Civil Rights |
| | | ☐ 448 | Education | ☐ 555 | Prison Condition |
| | | | | ☐ 560 | Civil Detainee - Conditions Of Confinement |

| Immigration | | Social Security | |
|---|---|---|---|
| ☐ 462 | Naturalization Application | ☐ 861 | HIA (1395ff) |
| ☐ 465 | Other Immigration Actions | ☐ 862 | Black Lung (923) |
| | | ☐ 863 | DIWC/DIWW (405(G)) |
| | | ☐ 864 | SSID Title XVI |
| | | ☐ 865 | RSI (405(g)) |
| | | **Federal Tax Suits** | |
| | | ☐ 870 | Taxes (U.S. Plaintiff Or Defendant) |
| | | ☐ 871 | IRS-Third Party 26 USC 7609 |

Other Statutes (continued):
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom Of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/ Review or Appeal of Agency Decision
☐ 950 Constitutionality Of State Statutes

---

**Check if demanded in complaint:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*

JURY DEMAND: ☐ YES [X] NO

Do you claim this case is related to a civil case now pending in S.D.N.Y. as defined by Local Rule For Division of Business 13?
If so, state:

JUDGE _____ DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32) with an explanation as to why the cases are deemed related.

*(PLACE AN  X IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original
Proceeding

☒ 2 Removed from
State Court

☐ a. all parties
represented

☐ b. At least one party
is pro se.

☐ 3 Remanded
from
Appellate
Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred
from (Specify
District)

☐ 6 Multidistrict
Litigation
(Transferred)

☐ 7 Appeal to
District Judge
from Magistrate
Judge

☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** ***IF DIVERSITY, INDICATE CITIZENSHIP BELOW.***

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government NOT A PARTY)

☒ 4 Diversity

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☒ 1 | ☐ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☐ 5 | ☐ 5 |
| CITIZEN OF ANOTHER STATE | ☐ 2 | ☒ 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ 4 | ☐ 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

c/o United States Corporation Agents, Inc., 7014 13th Avenue, Suite 202, Brooklyn, NY 11228 (Kings County, NY)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Albert Reuben Capital LLC and Corey Dean - 504 Estate Oak Circle, Fort Lauderdale, FL 33312 (Broward County, FL)
GVA Property Management - 500 W. 2nd Street, Suite 1900, Austin, TX 78701 (Travis County, TX)

DEFENDANT(S) ADDRESS UNKNOWN
Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following Defendants:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:     THIS ACTION SHOULD BE ASSIGNED TO:     ☐ WHITE PLAINS     ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 12/30/2025     SIGNATURE OF ATTORNEY OF RECORD     ADMITTED TO PRACTICE IN THIS DISTRICT

*Shauna Deluca*

RECEIPT #

☐ NO
☒ YES (DATE ADMITTED Mo. 09   Yr. 2020 )
Attorney Bar Code # 5727755

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)