# Exhibit 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------- X
**AMSLER ADVISORS LLC**

       **Plaintiff,**

-against-

**GVA PROPERTY MANAGEMENT, ALBERT REUBEN CAPITAL, LLC and COREY DEAN,**

       **Defendants.**

---------------------------------------- X

Date Purchased:

Index No.

**SUMMONS WITH NOTICE**

Plaintiff designates New York County as the place of trial.

The basis of Venue is Plaintiff's principal place of business:

500 7th Avenue
New York, New York 10018

**TO THE ABOVE-NAMED DEFENDANTS:**

    **YOU ARE HEREBY SUMMONED** to appear in this action by serving a Notice of Appearance or demand for a complaint upon the Plaintiff's attorneys at the address stated below within 20 days after the service of this Summons, exclusive of the day of service (or within 30 days after service is complete if this Summons is not personally delivered to you within the State of New York).

    **TAKE NOTICE** that the nature of action arises from the Defendants' failure to pay contractual compensation owed to Plaintiff relating to real estate development transactions and the relief sought is:

(1) Breach of Contract for GVA Property Management's failure to pay Amsler Advisors LLC for services provided in connection with two development projects, referred to as the "Leste 5-pack" and "Lantern" deals, respectively.

(2) Breach of Contract for Albert Reuben Capital, LLC's failure to pay Amsler Advisors LLC under a fee-splitting agreement for services provided to GVA Property Management in connection with two development projects, referred to as the "Leste 5-pack" and "Lantern" deals, respectively.

(3) Unjust Enrichment arising from the financial benefits Defendants received which were generated by Plaintiff's services and Defendants acknowledgment' regarding the closing of two real estate transactions valued at approximately $90,000,000 and $15,000,000, otherwise referred to as the "Leste 5-pack" and "Lantern" deals, respectively.

(4) Fraudulent inducement as to Corey Dean, individually, for intentional misrepresentations concerning a fee-splitting arrangement with Plaintiff related to services provided in locating funds to close two real estate transactions for GVA Property Management.

(5) Monetary damages based upon the causes of action identified above in an amount to be determined at trial but in no event less than $1,462,500 against GVA Property Management, and $265,000 against Albert Reuben Capital, LLC and Corey Dean, together with pre-judgment interest, attorneys' fees, punitive damages; and for such other and further relief which the Court deems just and proper.

**TAKE FURTHER NOTICE** that in case of your failure to appear, judgment will be taken against you by default for said relief, plus attorneys' fees, costs, and interest thereon, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
November 19, 2025

**SILLS CUMMIS & GROSS, P.C.**

By: /s/ Matthew P. Canini
Matthew P. Canini, Esq.
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000

*Attorneys for Amsler Advisors LLC*

To: GVA Property Management
Alan Stalcup
500 W. 2nd Street, Suite 1900
Austin, Texas 78701

Albert Reuben Capital LLC &
Corey Dean
504 Estate Oak Circle
Fort Lauderdale, FL 33312

INDEX NO. 659960/2025
NYSCEF DOC. NO. 2   Case 1:25-cv-10778-VEC   Document 1-2   Filed 12/30/25   Page 4 of 4   RECEIVED NYSCEF: 12/17/2025

SILLS CUMMIS & GROSS P.C. 101 PARK AVENUE, 28TH FLOOR NEW YORK, NY 10178

## AFFIRMATION OF SERVICE

Client's File No.: 208600009.0000
Index Number: 659960/2025
Date Filed: November 24, 2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

**AMSLER ADVISORS LLC,**
Plaintiff

vs

**GVA PROPERTY MANAGEMENT, et al.,**
Defendant

The undersigned affirms and says: that affirmant is not a party to this action, is over 18 years of age and resides in the State of Texas

That on the following date: December 2, 2025, at the following time: 10:13 AM,
at 401 Congress Avenue, Suite 3250, AUSTIN, TX 78701 deponent served the within
Summons with Notice and Notice of Electronic Filing (Consensual Case) - EF-3

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon: **GVA PROPERTY MANAGEMENT C/O ALAN STALCUP**.

[X] **Corporation LLC / LLP** — By delivering to and leaving with Michael Oberrender said individual to be Head of Asset Management who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient**
Gender: Male   Race: White   Color of hair: Brown   Age: 26 - 35 Yrs.   Height: 6ft Over
Weight: 161-200 Lbs.   Other Features:

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

I affirm on 12/4, 2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Barbara Stinnett
PROCESS SERVER LICENSE # PSC#24711, Exp. 6/30/2026
Work Order # 1506886

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA

1 of 1