Sills Cummis & Gross
A Professional Corporation
101 Park Avenue, 35th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

MEMO ENDORSED

Sarah Franzetti
Associate
Admitted in NY
Direct Dial: 212-500-1546
Email: sfranzetti@sillscummis.com

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561) 693-0440
Fax: (561) 828-0142

**VIA ECF**

September 25, 2026

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street, Room 20C
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2026

**Re:** ***Amsler Advisors, LLC v. GVA Property Management, et al.*, No. 25-cv-10778**

Dear Judge Caproni:

We are counsel to Plaintiff Amsler Advisors ("Plaintiff") in the above-referenced matter and write to respectfully request an extension of time to file Plaintiff's Motion for Summary Judgment (the "Motion") in this action. The reason for the requested extension is that lead trial counsel for Plaintiff, Matthew P. Canini, will be on trial in the Southern District of Ohio from October 6 through October 23, 2026.

We have conferred with counsel for Defendants GVA Property Management and Albert Reuben Capital, LLC, and all parties have agreed to extend the time for Plaintiff to file its Motion until October 30, 2026.

We thank the Court for its consideration.

Respectfully submitted,

By: /s/ Sarah Franzetti
Sarah Franzetti

cc: All counsel of record

The Court has no record of having set a schedule for summary judgment. **No later than October 6, 2026**, the parties should indicate the source of this deadline and why any obligation to proceed with a Motion for Summary Judgment should not be stayed pending a decision on Albert Reuben Capital, LLC's Motion to Dismiss at Dkt. 15.

SO ORDERED. 9/28/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE